IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ALONZO ODOM,

      Plaintiff,

v.

DAN RUSS,

      Defendant.

Civ. No. 6:19-CV-00832-MC

ORDER

MCSHANE, Judge:

The court held a hearing on 3/16/2023 and ordered that the filing fee in the sum of $204.99 withdrawn by the Department of Corrections from plaintiff's inmate trust account and forwarded to this court be refunded in full to the plaintiff.  The Court withdraws Order [4] and no further funds should be withdrawn from plaintiff's trust account.

Therefore, the Clerk of the Court is directed to refund $204.99 to the Oregon Department of Corrections for Alonzo Odom, SID# 18671280, and mailed to the following address

Oregon Department of Corrections
Central Trust – Accounting
P.O. Box 14400
Salem, OR  97309-5077

1 –JUDGEMENT

The Oregon Department of Corrections is directed to deposit the $204.99 in Mr. Odom's inmate trust account upon receipt.

IT IS SO ORDERED.

DATED this 17th day of March 2023.

                                                         /s/ Michael J. McShane
                                                           Michael McShane
                                             United States District Judge